UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CAMPINHA-BACOTE, | : | Case No. 1:18-cv-00270-MRB-SKB |
| Plaintiff, | : | |
| | | Judge: Michael R. Barrett |
| -vs- | : | |
| | | Magistrate: Stephanie K. Bowman |
| UNIVERSITY OF MIAMI et al., | : | |
| | : | |
| Defendants. | | **VOLUNTARY DISMISSAL WITH** |
| | : | **PREJUDICE OF DEFENDANT SOUTHEAST ATHLETIC TRAINERS' ASSOCIATION, INC.** |

Pursuant to Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure, Plaintiff Josepha Campinha-Bacote d/b/a Transcultural C.A.R.E. Associates hereby dismisses with prejudice the action against Defendant Southeast Athletic Trainers' Association, Inc.

Respectfully submitted,

/s/ Avonte Campinha-Bacote
Avonte D. Campinha-Bacote (0085845)
Campinha Bacote LLC
1176 Crespi Drive
Pacifica, CA 94044
(513) 313-3806
(415) 276-2988 (fax)
Trial Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 3rd day of July, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner to those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.


               /s/ Avonte Campinha-Bacote_____
               Avonte D. Campinha-Bacote (0085845)